GRAVES, Judge.

The appellant was convicted of the offense of failure to stop and render aid, and her punishment assessed at three and one-half years' confinement in the penitentiary.

 The record is before us without a statement of facts or bills of exception, hence no question is presented for review.

We note that the trial court, in sentencing appellant, failed to observe the indeterminate sentence law. Vernon's Ann.C.C.P. art. 775. Therefore the sentence will be reformed so as to read that appellant be confined in the State penitentiary not less than one hour nor more than three and one-half years, and as thus reformed the judgment will be affirmed.

indictment is sufficient to charge the offense and procedural matters appear to be in due order.

The judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.

KRUEGER, Judge.

Conviction is for selling marihuana; punishment assessed is confinement in the state penitentiary for a term of ten years.

The record is before us without a statement of facts or bills of exceptions. The